UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANDRADE RICO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SECRETARY OF CDCR, et al.,<br><br>　　　　Defendants. | Case No.  23-cv-02122-PCP<br><br>**ORDER OF DISMISSAL** |

It is stipulated that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action shall be dismissed with prejudice as to all Defendants. *See* Dkt. No. 27 (signed by plaintiff and defense counsel). This action is **DISMISSED** with prejudice with each party to bear its own costs and attorney's fees.

The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

Dated: September 26, 2025

　　　　　　　　　　　　　　　　　　　　P. Casey Pitts
　　　　　　　　　　　　　　　　　　　　United States District Judge